**EXHIBIT A**

Legal Description of the Property:

Blocks 1 and 2 of the Plat of Blocks 1, and 3 of Flynn's Second Addition to the City of Milbank, Grant County, South Dakota, according to the recorded plat thereof. AND Lot 1 of Flynn's Second Addition to the City of Milbank, Grant County, South Dakota, according to the recorded plat thereof.