EXHIBIT C

## FIRST LEASE AMENDMENT

This First Lease Amendment (the "First Amendment") dated this 14ᵗʰ day of *January*, 2015 is between **Milbank Insurance Company**, an Iowa corporation ("Lessor") and **Wapiti Medical Group Limited Company**, a South Dakota corporation ("Lessee").

## BACKGROUND RECITALS

Lessor and Lessee entered into a lease dated March 21, 2014 for approximately 3,000 square feet of office space located on the 6ᵗʰ floor of the Milbank Building located at 107 Flynn Drive, Milbank, South Dakota (the "Original Lease") and the parties have agreed to extend the term of the Original Lease and change the rent on April 1, 2015.

## AGREEMENT

1.  **DEFINITIONS**.  Except as otherwise provided herein capitalized words and terms used in this First Amendment shall have the meanings given to them by definitions in the Original Lease.

2.  **TERM**.  The current term of the Original Lease ends March 31, 2015 and the term of the Original Lease is extended through March 31, 2017.

3.  **RENT**.  The rent for the extended term shall be payable for 24 months at the monthly rate of $3,200.00.

5.  **RATIFICATION**.  Except as set forth in this First Amendment, the Original Lease is in full force and effect and is hereby ratified and confirmed.

**Milbank Insurance Company**

By: *Steven E English*
Printed Name: Steven E/ English
Its: SVP/Chief Financial Officer

**Wapiti Medical Group Limited Company**

By: *Dave Cooper*
Printed Name: Dave Cooper
Its: CFO

**STATE OF** Ohio
**COUNTY OF** Franklin

BE IT REMEMBERED, that before me, the subscriber, a notary public in and for said County and State, personally came _Steven E. English_ , _____ of Milbank Insurance Company, who acknowledged the signing of the foregoing instrument and that the same is his/her voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal on this _14_ day of _January_, 2015.

_Susan E Barrett_
Notary Public

SUSAN E BARRETT
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
October 26, 2019

**STATE OF** South Dakota
**COUNTY OF** Grant

BE IT REMEMBERED, that before me, the subscriber, a notary public in and for said County and State, personally came _Dave Cooper_ , _CFO_ of Wapiti Medical Group Limited Company, who acknowledged the signing of the foregoing instrument and that the same is his/her voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal on this _14_ day of _January_ 2015.

_Carol Halverson_
Notary Public

CAROL HALVERSON
NOTARY PUBLIC
SOUTH DAKOTA

My commission Expires 03/18/2018

State Auto - Milbank SD - Lease Amendment - 12-29-14.doc

From: Phillian, Bev <Bev.Phillian@StateAuto.com>
To: Service, s2memail <S2MEmail@StateAuto.com>
Subject: First Lease Amendment for Milbank Insurance
Received On: Wed Jun 03 17:35:57 EDT 2015

Contains the First Lease Amendment for Milbank Insurance Company and Wapiti Medical Group Limited Company