```
Filed in - Grant County, Milbank, SD
Recorded on 1/21/2020 1:00 PM
Transaction # 1013106
Document # 238462
Book 122                    Trans. Fee $240.00
Page 305 (2 pages)           Rec. Fee $30.00
```

Rebecca S Wellnitz
Rebecca Wellnitz, Register of Deeds

Return To:
OLD REPUBLIC NATIONAL TITLE INSURANCE
20 S CLARK STREET SUITE 2900
CHICAGO, IL 60603

THIS INSTRUMENT DRAFTED BY:

MCA Law Firm, Prof. LLC
600 S. Main Avenue #101
Sioux Falls, SD 57104
(605) 338-6505

SD19265850

## SPECIAL WARRANTY DEED

Milbank Insurance Company, an Iowa corporation, formerly known as Milbank Insurance Company, a South Dakota Corporation, Grantor, for and in consideration of One Dollar and other good and valuable consideration grants, bargains, sells, and conveys to SLB Milbank, LLC, a Kentucky limited liability company, Grantee, of 974 Breckenridge Lane #117, Louisville, KY 40207, the following described real estate in the County of Grant, State of South Dakota:

**Blocks 1 and 2 of the Plat of Blocks 1, 2 and 3 of Flynn's Second Addition to the City of Milbank, Grant County, South Dakota, according to the recorded plat thereof.**

AND

**Lot 1 of Flynn's Second Addition to the City of Milbank, Grant County, South Dakota, according to the recorded plat thereof.**

Grantor covenants that it is seized and possessed of the said land and has a right to convey it, and warrants the title against the lawful claims of all person claiming by, through, and under it, but not further otherwise.

Subject to easements and restrictions of record, if any.

TRANSFER FEE: $240.00

Dated this 10th day of January, 2020

Milbank Insurance Company

By: Michael E. LaRocco

Its: President

304355NCT JD 1 of 1

After Recording Return to:
Jackie DalCerro
Old Republic National Commercial Title Services
20 S. Clark Street, Ste 2900
Chicago, IL 60603

BOOK 122 PAGE 306

SD19265850

STATE OF __Ohio__ )
                    )SS
COUNTY OF __Franklin__ )

On this __10*__ day of January, 2020 before me, the undersigned officer, personally appeared __Michael E La Rocco__, known to me or satisfactorily proven to be the __president__ of the corporation that is described herein and that he/she executed the within instrument and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
NOTARY PUBLIC
My commission expires:



KEVIN W. BROWN, Attorney-At-Law
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration date
Section 147.03 R.C.